IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

DOROTHY E. KNEZEVIC, Individually )
and as Special Administrator for the )
Estate of EDWARD J. KNEZEVIC, )
Deceased, )
)
)
         Plaintiff, )    No. 12-CV-9983
)
v. )
)
A.W. CHESTERTON COMPANY *et al.*, )
)
         Defendants. )

## ORDER

Upon the Stipulation of Dismissal, **IT IS HEREBY ORDERED** that Defendant Owens-Illinois, Inc. is dismissed with prejudice each party to bear its own costs.

1/22/2013

_____
RONALD A. GUZMAN
UNITED STATES DISTRICT COURT JUDGE