Case: 1:12-cv-09983 Document #: 54 Filed: 03/31/15 Page 1 of 1 PageID #:182

**DOCUMENT REMOVED DUE TO REASON[S ] CHECKED BELOW**

**DOCUMENT ENTERED IN ERROR**

**DOCUMENT WITHDRAWN/REMOVED PER COURT ORDER OF _____.**

**INCORRECT DOCUMENT LINKED**

**OTHER**

**REMOVED PER IOP 30(b)**