## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dorothy E. Knezevic

                Plaintiff,

v.                              Case No.: 1:12–cv–09983
                                    Honorable Ronald A. Guzman

A.W. Chesterton Company, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 29, 2015:

      MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 4/29/2015. Filing of Final Pretrial Order hearing set for 8/4/2015 at 10:00 AM. Judge Guzman's standing order regarding the filing of a Final Pretrial Order is posted on the Court's website: www.ilnd.uscourts.gov. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.